## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

THELMA WILLIAMS JR.,
ADC # 93197                                                                          PLAINTIFF

v.                                            2:11-cv-00217-JMM-JJV

JANICE F. GRAY, Law Library Supervisor,
East Arkansas Regional Unit, Arkansas
Department of Correction, *et al.*                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.   After carefully

considering the objections and making a de novo review of the record, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice pursuant to the

three-strikes rule set forth in 28 U.S.C. § 1915(g).

2.      If Plaintiff wishes to continue this case, he must submit within thirty (30) days of the

entry of this Order:   (a) the statutory filing fee of $350, in full, to the Clerk, noting the case style

and number; and (b) file a motion to reopen the case.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from any Order and Judgment adopting this Recommended Disposition would not be taken

in good faith.

DATED this 14th day of December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE