**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THELMA WILLIAMS JR.,**
**ADC # 93197**                                                                                    **PLAINTIFF**

v.                                           2:11-CV-00217-JMM-JJV

**JANICE F. GRAY, Law Library Supervisor,**
**East Arkansas Regional Unit, Arkansas**
**Department of Correction,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed without prejudice to Plaintiff's right to re-file as set forth in the Order. The Clerk is directed to terminate the case.

IT IS SO ORDERED this 14th day of December, 2011.

_____
James M. Moody
United States District Judge