IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

THELMA WILLIAMS
ADC# 93197                                                                                          PLAINTIFF

V.                                        2:11CV00217 JMM

JANICE F. GRAY, et al,                                                                       DEFENDANTS

ORDER

This case was dismissed without prejudice on December 14, 2011 because the Plaintiff failed to file the statutory filing fee of $350 and because the Plaintiff is ineligible to proceed *in forma pauperis* based upon his status as a prisoner who has brought three or more actions which were dismissed as frivolous. *See* 28 U.S.C. § 1915(g). Plaintiff now contends that he is in "imminent danger of serious physical injury" and therefore, qualifies for an exception to the "three strikes" rule.

In one motion, Plaintiff attaches grievance forms where he claims that "he now has facts showing that he is in imminent danger." (Docket # 10). Plaintiff specifically alleges in the grievance form that Correction Officers McDaniel and Birdwell came to his cell and told him that they would beat him and split his head if he didn't give them his legal work. The grievance forms are dated December 8, 2011.

The Court finds that Plaintiff has not stated facts to support his contention that he is in imminent danger of serious physical injury. Plaintiff states he was threatened with harm if he did not turn over his legal work to correction officers. However, since December 8, 2011 when this alleged threat occurred, Plaintiff has filed ten pleadings in the instant case and at least four pleadings in other cases in the Eastern District of Arkansas. *See* Williams v. Ball, Case No. 2:11CV00218 BSM; Williams v. Gary, Case No. 2:11CV00192 JMM. Plaintiff's legal filings

belie his allegation that he is in imminent danger. Based upon this record, the Court finds that Plaintiff's motions (Docket # 10, 11, 13, 14, and 15) must be DENIED.

    IT IS SO ORDERED this 4th day of January, 2011.

                                                                            James M. Moody  
                                                                           United States District Judge